UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 03, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REGINA INSIXIENGMAY,<br><br>  Defendant. | Case No.  2:23-mj-00015-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **REGINA INSIXIENGMAY**, Case No. 2:23-mj-00015-AC, Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ 26,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 03, 2023, at 2:30 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire